UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVELISSE RAMIREZ, *on behalf of herself, FLSA Collective Plaintiffs, and the Class*,

                Plaintiff,

-v.-

LIBERTY ONE GROUP LLC and LIBERTY ONE BROOKLYN LLC,

                Defendants.

22 Civ. 5892 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    An initial pretrial conference is scheduled in this matter for October 26, 2022.  Per the Notice of Initial Pretrial Conference (Dkt. #10), the parties are required to submit a proposed Case Management Plan and joint letter the Thursday prior to the conference, which is tomorrow.  Due to the nature of this case, the requirements for those filings are modified slightly as follows:

    Counsel are directed to confer with each other prior to the conference regarding settlement, class and/or collective action certification, and each of the other subjects to be considered at a Federal Rule of Civil Procedure 16 conference.  Additionally, the parties shall jointly submit a letter, not to exceed five pages, providing the following information:

1. A brief statement of the nature of the action, the principal defenses thereto, and the major legal and factual issues that are most important to resolving the case, whether by trial, settlement, or dispositive motion;

2. A brief explanation of why jurisdiction and venue lie in this Court. In any action in which subject matter jurisdiction is founded on diversity of citizenship pursuant to Title 28, United States Code, Section 1332, the letter must explain the basis for the parties' belief that diversity of citizenship exists. Where any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. In cases where any party is a partnership, limited partnership, limited liability company, or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners, and/or trustees. *See, e.g., Handelsman* v. *Bedford Vill. Assocs. L.P.*, 213 F.3d 48 (2d Cir. 2000).

3. A statement of all existing deadlines, due dates, and/or cut-off dates;

4. A brief description of any outstanding motions, as well as any contemplated motions for class or collective action certification;

5. A brief description of any discovery that has already taken place and of any discovery that is necessary for the parties to engage in meaningful settlement negotiations and/or mediation;

6. A statement describing the status of any settlement discussions; and

7. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

SO ORDERED.

Dated: October 19, 2022
        New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge