UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IVELISSE RAMIREZ,

                        Plaintiff,                  **22-CV-5892 (VF)**

-against-                                 **ORDER**

LIBERTY ONE GROUP LLC, et al,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      The parties are directed to submit a joint status update as to the progress of discovery by no later than **February 29, 2024**.

**SO ORDERED.**

DATED:    New York, New York
                 February 1, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge