UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVELISSE RAMIREZ, *on behalf of herself, FLSA Collective Plaintiffs and the Class*,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY ONE GROUP LLC,<br>and LIBERTY ONE BROOKLYN LLC,<br><br>Defendants. | Civil Action No.: 1:22-cv-05892 |

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT**

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiff's Motion for Final Approval") and (ii) the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enters the proposed Order, attached hereto as **EXHIBIT 1**.

Dated: July 18, 2025
      New York, New York

Respectfully submitted,

**LEE LITIGATION GROUP, PLLC**

By:    /s/ C.K. Lee
        C.K. Lee, Esq.
        Anne Seelig, Esq.
        148 West 24th Street, Eighth Floor
        New York, NY 10011
        Tel.: 212-465-1188
        *Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*