**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IVELISSE RAMIREZ, *on behalf of herself, FLSA Collective Plaintiffs, and the Class*, | Case No.: 1:22-cv-05892 |
| Plaintiff, | |
| -against- | **NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF CLASS REPRESENTATIVE'S SERVICE AWARD** |
| LIBERTY ONE GROUP LLC and LIBERTY ONE BROOKLYN LLC, | |
| Defendants | |

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Approval of Class Representative's Service Award and in the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Approval of Attorneys' Fees, Administration Fees and Reimbursement of Expenses and Unopposed Motion for Approval of Class Representative's Service Award, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order granting service award of $10,000 to Plaintiff Ivelisse Ramirez, to be paid from the Settlement Fund, in recognition of the services she rendered on behalf of the class, pursuant to the terms of the Parties' Settlement Agreement.

Dated: New York, New York
     July 18, 2025                Respectfully submitted,

                          **LEE LITIGATION GROUP, PLLC**

By:    */s/ C.K. Lee*
                 C.K. Lee, Esq. (CL 4086)
                 Anne Seelig, Esq. (AS 3976)
                 148 West 24th Street, Eighth Floor
                 New York, NY 10011
                 Tel.: 212-465-1188
                 Fax: 212-465-1181
                 *Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*