UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVELISSE RAMIREZ, *on behalf of herself, FLSA Collective Plaintiffs, and the Class*,<br><br>Plaintiffs,<br><br>-against-<br><br>LIBERTY ONE GROUP LLC<br>and LIBERTY ONE BROOKLYN LLC,<br><br>Defendants. | Case No.: 1:22-cv-05892 |

**DECLARATION OF C.K. LEE IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, ADMINISTRATION FEES AND REIMBURSEMENT OF EXPENSES AND PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF CLASS REPRESENTATIVE'S SERVICE AWARD**

I, C.K. Lee, declare as follows:

1. I reaffirm statements made in my supporting declaration as of the date hereof in support of Plaintiff's Motion for Certification of the Settlement Class, Final Approval of the Class Settlement, and Approval of the FLSA Settlement.

2. I received a BS/BA from the University of Michigan/Ann Arbor, with concentrations in Biology and Chinese Language & Culture. I received a Juris Doctorate degree from The University of Pennsylvania Law School in 1997. I was admitted to the New York bar in 1998. I am also admitted to the bars of the United States Supreme Court, the Second Circuit Court of Appeals, and the United States District Courts for the Northern, Western, Eastern, and Southern Districts of New York. I am a member in good standing of each of these bars.

3. My current hourly rate is $800 per hour when applying for legal fees with courts. In connection with private defense work, my current hourly rate is $1,600 per hour. Prior to establishing my own firm, I was associated with some of the top firms in New York City, including

Clifford Chance, Morrison & Foerster and Schulte Roth & Zabel. Since April 2009, a substantial part of my practice has been in prosecuting wage and hour class and collective action cases. In connection with these matters, I have served as lead counsel in over 140 court-approved wage and hour class and collective settlements and helped secure millions of dollars in compensation for workers and consumers nationwide.

4.      The current hourly rates of others within my firm who spent meaningful time litigating this action are: Anne Seelig (billable rate of $800 per hour), and James Jackson (billable rate of $650 per hour), and Francie Lee (billable rate of $500 per hour).

5.      Ms. Seelig is a partner at LLG and has litigated hundreds of wage and hour cases. Ms. Seelig graduated from The George Washington University in 2000, and New York Law School in 2003. Ms. Seelig was admitted to the New York State Bar in 2004 and is also admitted to practice in the Southern and Eastern Districts of New York, as well as the Second Circuit. Ms. Seelig has practiced law for twenty years and has specialized in employment litigation since 2012.

6.      Mr. Jackson is a sixth year Associate of LLG. Mr. Jackson graduated from Hunter College in 2005, and Benjamin N. Cardozo School of Law in 2015.

7.      Mr. Francie Lee is a fourth year Associate of LLG. Mr. Francie Lee graduated from The George Washington University and Syracuse University College of Law.

8.      Class Counsel has substantial experience prosecuting large-scale wage and hour class and collective actions, as shown in the attached list. Class counsel has been routinely approved for a rate of $800 per hour, **however noting, for the avoidance of doubt, that such approved fees were based on a percentage of the fund method with a lodestar cross check**. See *Estrada v. Kingsbridge Marketplace Corp. et al.*, Case No. 17-cv-9890 (S.D.N.Y.), *Tendilla et al. v. Pearlstone Restaurant, LLC et al.*, Case No. 18-cv-8900 (S.D.N.Y.), *Chang v. Philips*

2

*Bryant Park LLC et al.*, Case No. 17-cv-8816 (S.D.N.Y.), *Fteja v. Nusret New York LLC et al.*, Case No. 19-cv-429 (S.D.N.Y.), *Garcia v. Roti Restaurants, LLC*, Case No. 18-cv-9820 (S.D.N.Y.), *Carrasco v. Sompo America Insurance Services LLC et al.*, Case No. 17-cv-7319 (S.D.N.Y.), *Salazar v. P.V. Bakery, Inc. et al.*, Case No. 18-cv-4153 (S.D.N.Y.), *Tavera v. 18 Greenwich Avenue, LLC et al.*, Case No. 19-cv-8258 (S.D.N.Y.), *Patterson v. Chipotle Mexican Grill, Inc. et al.*, Index No. 54446/2020 (Westchester County), *Pacheco et al. v. Chickpea at 14th Street Inc. et al.*, Case No. 18-cv-251 (S.D.N.Y.), *Vazquez et al. v. Eataly America Inc. et al.*, Index No. 156933/2018 (New York County), *Delijanin v. Wolfgang's Steakhouse Inc. et al.*, Case No. 18-cv-7854 (S.D.N.Y.). *But see*, *Gonzalez v. Scalinatella, Inc.*, No. 13 Civ. 3629, among others, in which the hourly rates of LLG counsel and paralegals were reduced.

9. Based on my experience in class actions, I have personal knowledge of the hourly rates charged by other attorneys with comparable experience as well as the attorneys within the firm who worked on this matter. Based on that information, I believe these rates are fully consistent with the market rate in New York for attorneys specializing in complex litigation around the country. Thus, I believe the rates charged by LLG for its partner and non-partner attorney time are reasonable and appropriate fees for those with comparable expertise, experience and qualifications.

**Legal Fees and Expenses**

10. Class Counsel has spent more than 165.80 attorney and paralegal hours prosecuting this case. Multiplying these hours by the hourly rate of each attorney and paralegal results in a lodestar amount of $74,827.50, which represents a negative multiplier of the legal fees of $25,000, contemplated under the Settlement Agreement, to be paid from the Settlement Fund, which we believe is reasonable. Time records are attached hereto as **Exhibit A**.

11. To date, Class Counsel has incurred actual legal expenses of approximately

$4,679.28, which were incidental and necessary to the representation of the Class. These expenses include filing fees, service fees, mediation fees, and mailing fees. A listing of these expenses is attached hereto as **Exhibit A**.

12. Class Counsel's efforts to date have been without compensation, and their entitlement to payment has been wholly contingent upon achieving a positive result. The Settlement Agreement and Release ("Settlement Agreement") allows Class Counsel to seek reimbursement of one third of the Gross Settlement Fund[1] amounting to $25,000 to cover legal fees and existing and future expenses and costs, to be paid from the Settlement Fund.

13. Class Counsel undertook to prosecute this action without any assurance of payment for their services, litigating this case on a wholly contingent basis in the face of tremendous risk. Class Counsel stood to gain nothing in the event the case was unsuccessful.

**Administration Fees and Expenses**

14. Arden Claims Service LLC ("Arden") has acted as the Settlement Administrator in this lawsuit and has disseminated Class Notice to Class Members, performed calculations of awards to each Class Member, and maintained correspondences with Class Members. See Affidavit of Barry J. Peek, attached as **Exhibit B** hereto.

15. As detailed in the Declaration of Barry J. Peek, on February 28, 2025, Defendants' counsel provided Arden with a Class List containing the name, and if available, last known mailing and email addresses of each of the 49 original Class Members. On March 28, 2025, the Notice Packet was mailed via First Class Mail to 49 Class Members contained in the Class List for whom addresses were available. Arden received twelve (12) Notice Packets back as undeliverable. All twelve (12) Notice Packets were returned without a forwarding address. Arden performed an

advanced address search on these addresses by using LexisNexis, a reputable research tool. Arden used the Class Member's name, previous address, and social security number, if one was available, to attempt to obtain a current address. Through the ten (10) advanced address searches performed, Arden was able to locate ten (10) updated addresses and Arden promptly re-mailed Notice Packets to Class Members to those updated addresses. Accordingly, Arden was able to re-mail a total of ten (10) Notice Packets. Ultimately, the number of Class Members who received Notice Packets was 47 out of the class list of 49. Two (2) class member was not ultimately located for a total undeliverable rate of approximately 4%.

16. The Settlement Agreement provides that administration fees will be paid from the Settlement Fund. The Parties have agreed to administration fees of $10,000. On February 28, 2025, the Court approved Arden as the Settlement Administrator. Docket No. 63.

**Service Award**

17. The Class Settlement Agreement allows Class Counsel to seek service award of $10,000 to Plaintiff, to be paid from the Settlement Fund.

18. The Class Representative made important contributions to the prosecution and fair resolution of this action on behalf of the class members. She assisted Class Counsel's investigation and prosecution of the claims by providing detailed factual information regarding her job duties and those of other putative class members, the wages she was paid, the hours that she worked, and other information relevant to the claims.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of July 2025.

New York, New York

                                        **LEE LITIGATION GROUP, PLLC**

<u>/s/ C. K. Lee</u>
C.K. Lee, Esq. (CL 4086)
Anne Seelig, Esq. (AS 3976)
148 West 24th Street, Eighth Floor
New York, New York 10011
Telephone: (212) 465-1188
*Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*
